UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                 22-MJ-7929(KPB)

-v-

VICTOR BARROW

                Defendant.

------------------------------------------------------------x

## ORDER VACATING WARRANT

KIM P. BERG, United States Magistrate Judge:

      The Court having been notified that the defendant is deceased, as a result of which the government's motion to dismiss the matter was so-ordered on February 10, 2023, it is now hereby

      ORDERED, ADJUDGED AND DECREED that the warrant issued by this Court on October 28, 2022 is recalled and VACATED.

      A copy of this ORDER shall be delivered to the United States Marshal for further action.

Dated: White Plains, New York
           February 13, 2023

                                                           SO ORDERED

                                                           HON. KIM P. BERG
                                                           U.S. MAGISTRATE JUDGE