UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                            Plaintiff,

-against-

Victor Barrow

                            Defendant.

Case No.: 22 MJ 7929 (MRG)

**ORDER OF DISMISSAL**

---

      Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Kim P. Berg,
United States Magistrate Judge

Dated: _10_ day of _February_, 2023
White Plains, New York